UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL GRAHAM,<br><br>           Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>           Defendants. | Case No. 1:23-cv-01323-JLT-BAM (PC)<br><br>**ORDER TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS** |

   Plaintiff Crystal Graham ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action. Currently before the Court is an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 3.) Upon review, the application appears to include the caption for a different action: *Charlene Stith, et al. v. State of California, et al.* (Doc. 3 at p. 1.) The document also includes a CM/ECF case header for Case 1:23-cv-00973-EPG.

   To ensure that the application is filed with the applicable case caption and in the appropriate case, the Court will require Plaintiff to file a corrected application to proceed *in forma pauperis*. Accordingly, IT IS HEREBY ORDERED that:

   1.   Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

   2.   No extension of time will be granted without a showing of good cause; and

///

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:  **September 7, 2023**          /s/ Barbara A. McAuliffe          _
                                      UNITED STATES MAGISTRATE JUDGE