# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL GRAHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:23-cv-01323-JLT-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. 3) |

　　　　Plaintiff Crystal Graham ("Plaintiff") is a state prisoner in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on September 6, 2023, together with a motion requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1-3.)  Plaintiff then paid the filing fee on November 3, 2023.  As the filing fee has been paid in full, Plaintiff's motion to proceed *in forma pauperis* is now moot.

　　　　Accordingly, Plaintiff's motion to proceed *in forma pauperis*, (Doc. 3), is DENIED as moot.

IT IS SO ORDERED.

　　Dated:   **November 30, 2023**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1