UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE STITH,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-00947-NODJ-GSA<br><br>**ORDER RELATING AND REASSIGNING CASES** |
| VICTORIA GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Old Case No.: 1:23-cv-00973-JLT-EPG<br>**New Case No. 1:23-cv-00973-NODJ-GSA** |
| TREMAINE CARROLL,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-00974-NODJ-GSA<br>(Unchanged) |

| | | |
|---|---|---|
| 1 | JONATHAN ROBERTSON, | Old Case No.: 1:23-cv-00975-NODJ-SAB<br>**New Case No. 1:23-cv-00975-NODJ-GSA** |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | STATE OF CALIFORNIA, et al., | |
| 5 | Defendants. | |
| 6 | FANCY MOORE LIPSEY, | Old Case No.: 1:23-cv-00976-NODJ-SAB<br>**New Case No. 1:23-cv-00976-NODJ-GSA** |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | STATE OF CALIFORNIA, et al., | |
| 10 | Defendants. | |
| 11 | RAYSHAWN HART, | Old Case No.: 1:23-cv-00977-JLT-BAM<br>**New Case No. 1:23-cv-00977-NODJ-GSA** |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | STATE OF CALIFORNIA, et al., | |
| 15 | Defendants. | |
| 16 | CRYSTAL GRAHAM, | Old Case No.: 1:23-cv-01323-JLT-BAM<br>**New Case No. 1:23-cv-01323-NODJ-GSA** |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | STATE OF CALIFORNIA, et al., | |
| 20 | Defendants. | |
| 21 | ROXANNE PURDAGONE, | Old Case No.: 1:23-cv-01324-NODJ-SKO<br>**New Case No. 1:23-cv-01324-NODJ-GSA** |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | STATE OF CALIFORNIA, et al., | |
| 25 | Defendants. | |

27  Pursuant to Local Rule 123, the Court finds the above-captioned actions are related. A
28  review of the complaints in these cases shows they are related within the meaning of Local Rule

123(a), as they involve overlapping or similar parties and claims, related questions of fact or law, and would likely entail substantial duplication of labor if heard by different judges.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and the parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge and does not consolidate the cases.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  Local Rule 123(c) provides that "the Chief Judge or a Judge designated by the Chief Judge may, by special order, reassign either action to any Judge or Magistrate Judge sitting in the Eastern District of California as the situation may dictate."

Good cause appearing, this Court finds the above-captioned cases are related and **ORDERS** that the following actions be reassigned to No District Judge and United States Magistrate Judge Gary S. Austin. Going forward, all documents filed shall bear the following new case numbers:

*Green v. State of California, et al.*, **Case No. 23-cv-00973-NODJ-GSA**

*Robertson v. State of California, et al.*, **Case No. 23-cv-00975-NODJ-GSA**

*Lipsey v. State of California, et al.*, **Case No. 23-cv-00976-NODJ-GSA**

*Hart v. State of California, et al.*, **Case No. 23-cv-00977-NODJ-GSA**

*Graham v. State of California, et al.*, **Case No. 23-cv-01323-NODJ-GSA**

*Purdagone v. State of California, et al.*, **Case No. 23-cv-01324-NODJ-GSA**

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  December 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE