1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CRYSTAL GRAHAM,                          No.  1:23-cv-01323 KES GSA (PC)

12                Plaintiff,                    ORDER DIRECTING COUNSEL FOR
                                               PLAINTIFF TO SHOW CAUSE WHY HE
13         v.                                  SHOULD NOT BE SANCTIONED
                                               MONETARILY FOR FAILURE TO COMPLY
14    STATE OF CALIFORNIA, et al.,             WITH LOCAL RULES AND FOR FAILURE
                                               TO OBEY A COURT ORDER, OR IN THE
15                Defendants.                  ALTERNATIVE, TO FILE A RESPONSE TO
                                               DEFENDANT'S MOTION TO DISMISS
16
                                               (See Local Rule 230(c); ECF No. 26)
17
                                               COUNSEL'S RESPONSE TO THIS ORDER
18                                             DUE **AUGUST 2, 2024**

19

20         Plaintiff, a state prisoner proceeding in forma pauperis, has filed this civil rights action

21    seeking relief under 42 U.S.C. § 1983.  Plaintiff is represented by counsel.  The matter was

22    referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

23    302.  It is related to seven other matters before this Court.  See generally ECF No. 27.

24         For the reasons stated below, counsel for Plaintiff, Joseph A. Virgilio, will be ordered to

25    show cause why he should not be sanctioned monetarily for failing to comply with Local Rule

26    230(c), and for failing on Plaintiff's behalf to obey the Court's order to file a response to

27    Defendant's motion to dismiss.  See ECF Nos. 24, 26 (Defendant's motion; order to show cause

28    why Defendant's motion to dismiss should not be granted).  He will be given two weeks to do so.

1

I.     RELEVANT FACTS

On April 3, 2024, Defendant filed a motion to dismiss in this matter.  ECF No. 24.  As a result, Plaintiff was required either to file an opposition to Defendant's motion to dismiss, or a statement of non-opposition.  See Local Rule 230(c).

Because Plaintiff failed to timely file a response to the motion to dismiss, on June 6, 2024, Plaintiff was ordered to show cause why Defendant's motion to dismiss should not be granted.  ECF No. 26 at 2, 4.  In the alternative, Plaintiff was given the opportunity either to file an opposition or a statement of non-opposition to Defendant's motion to dismiss.  Id. at 4.  To date, Plaintiff has neither filed a response to Defendant's motion to dismiss, nor responded to the order to show cause.

II.     DISCUSSION

Given that:  (1) more than three months after Defendant's motion to dismiss was filed Plaintiff has failed to file a response to it in compliance with the Local Rules; (2) Plaintiff has failed either to file a showing of cause or, in the alternative, file a response to Defendant's motion to dismiss as specifically ordered to do over one month ago; and, (3) Attorney Joseph A Virgilio is representing Plaintiff—as such,   Attorney Virgilio will ordered to respond to this show cause order.

Therefore, because Plaintiff has neither complied with the Local Rules, nor responded to the Court's order to show cause, Attorney Virgilio shall be ordered to show cause why he should not be sanctioned monetarily for failing to comply, and further why this case should not be dismissed in its entirety for failure to prosecute.  As an alternative to filing the showing of cause, Plaintiff may file the requisite response to Defendant's motion to dismiss.  Plaintiff will be given fourteen days to take one of these two courses of action.

Accordingly, IT IS HEREBY ORDERED that:

1.   Attorney Joseph A. Virgilio is ORDERED TO SHOW CAUSE why he should not be sanctioned monetarily, and further why this case should not be dismissed in its entirety for failure to prosecute;

2.   As an alternative to filing the showing of cause, Attorney Virgilio may, on Plaintiff's

behalf, file a response to Defendant's motion to dismiss, and

3.   Attorney Virgilio will be given fourteen days – **until August 2, 2024,** – to take either of these courses of action.

**Attorney Virgilio is warned that failure to comply with this order within the time allotted may result in his being sanctioned monetarily, and/or the case being dismissed in its entirety.**

IT IS SO ORDERED.

Dated:   __July 19, 2024__                    ___/s/ Gary S. Austin___
                                                            UNITED STATES MAGISTRATE JUDGE