UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL GRAHAM,<br><br>   Plaintiff,<br><br> v.<br><br>OFFICER GREG RODRIGUEZ and MICHAEL PALLARES,<br><br>   Defendants. | Case No. 1:23-cv-01323-JLT-HBK (PC)<br><br>ORDER DISCHARGING JULY 31, 2025 SHOW CAUSE ORDER<br><br>(Doc. No. 41) |

On July 31, 2025, the undersigned ordered Plaintiff to show cause why Defendant Officer Rodriguez should not be dismissed under Federal Rule of Civil Procedure 4(m). (Doc. No. 41). On August 14, 2025, Plaintiff filed a return of service indicating Rodriguez had been served on December 11, 2023. (Doc. No. 42).

Accordingly, it is **ORDERED**:

The July 31, 2025 Show Cause Order (Doc. No. 42) is discharged.

Dated:  September 27, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE