UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL GRAHAM,

Plaintiff,

v.

OFFICER GREG RODRIGUEZ, et al.,

Defendants.

Case No. 1:23-cv-01323-JLT-HBK (PC)

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION TO CHALLENGE EXHAUSTION OF ADMINISTRATIVE REMEDIES

(Doc. 60)

Pending before the Court is the parties' Stipulated Motion to Extend Deadline to File Motion to Challenge Exhaustion of Administrative Remedies, filed October 1, 2026. (Doc. 60). The parties seek a sixty-day extension to permit discovery and meet-and-confer efforts concerning exhaustion. (*Id*. at 2). No other deadlines would be extended. The Court finds good cause for the requested extension. *See* Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4).

Accordingly, it is ORDERED:

1. The stipulated motion for an extension of time (Doc. 60) is GRANTED

2. The deadline to challenge exhaustion of administrative remedies is extended to December 11, 2026.

3. All other remaining deadlines in the June 1, 2026 Case Management and

Scheduling Order (Doc. 54) remain in effect.

Dated: October 6, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE